# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-cr-0563-RLH-LRL |
| vs. | ) | **O R D E R** |
| | ) | (Motion for Pre-Plea Report–#24) |
| ERIC FRIEDLANDER, | ) | |
| Defendant. | ) | |

Defendant Friedlander having filed a Motion for the Preparation of Pre-Plea Presentence Report (PSR) (#24, filed June 13, 2011), asking that the Department of Probation prepare a Pre-Plea Presentence Investigation report to determine the criminal history of the defendant, the United States having indicated it does not oppose the motion, and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion is granted and the Department of Probation is directed to prepare a PSR to determine the criminal history of Defendant Eric Friedlander.

IT IS FURTHER ORDERED that Defendant, together with his counsel, make himself available for any interview necessary to accomplish the preparation of the Pre-Plea Presentence Report.

Dated: July 15, 2011.

_____
Roger L. Hunt
United States District Judge