FILED
APR 27 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC FRIEDLANDER, ) <br> ) <br> Defendant. ) | 2:10-CR-563-RLH (LRL) |

**FINAL ORDER OF FORFEITURE**

On February 9, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant ERIC FRIEDLANDER to criminal offenses, forfeiting specific property alleged in the Criminal Superseding Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant ERIC FRIEDLANDER pled guilty. Docket #15, #35, #38.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 11, 2012, through March 11, 2012, notifying all third parties of their right to petition the Court. #39.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) and shall be disposed of according to law and shall be disposed of according to law:

a) an Iver Johnson, Model 55-SA, .38 caliber five-shot revolver, serial number G26677; and

b) any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 27 day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE