DANIEL G. BOGDEN
United States Attorney
SARAH E. GRISWOLD
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ERIC THOMAS FRIEDLANDER, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 2:10-cr-563-RLH-VCF<br><br>**UNITED STATES' UNOPPOSED MOTION TO UNSEAL JUDGMENT** |

The United States, by and through Daniel G. Bogden, United States Attorney, District of Nevada, and Sarah E. Griswold, moves to unseal the Judgment in this case (Doc. No. 47). Counsel for the defendant, Assistant Federal Public Defender Shari Kaufman, has advised the undersigned that the defense does not oppose this motion. Accordingly, the United States requests that the Judgment previously sealed now be unsealed.

DATED this 18th day of May 2012

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

**IT IS SO ORDERED.**

/s/ Sarah E. Griswold
Sarah E. Griswold
Assistant United States Attorney

_[signature: Roger L. Hunt]_
**UNITED STATES DISTRICT JUDGE**

**DATED:  May 22, 2012**